ROSETH REALTY Co., INC., Respondent, *v.* BRIGHTON AND BENSONHURST ·ELECTRIC RAILROAD COMPANY et al., Defendants; ANNA C. DE SEIDING et al., Appellants, and ·BROOKLYN DEVELOPMENT COMPANY et al., Respondents.

(Submitted May 5, 1930; decided May 13, 1930.)

*George W. I. Dwinell* and *Alfred J. Talley* for motions·
*Joseph Fischer* and *Frederick Hemley* opposed.

Motions granted and appeal dismissed, with costs and ten dollars costs of motion.